```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 14888
    CORTNEY L JONES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9264


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/13/2006 and was confirmed 03/19/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG        .00             .00           .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE        .00             .00           .00
WELLS FARGO HOME MORTGAG   SECURED NOT I   88276.71             .00           .00
COOK COUNTY TREASURER      SECURED NOT I    1635.90             .00           .00
CREDIT ACCEPTANCE CORP     SECURED VEHIC    9804.54          343.24       2406.76
CREDIT ACCEPTANCE          UNSECURED       NOT FILED            .00           .00
AFFIRMATIVE INSURANCE CO   UNSECURED       NOT FILED            .00           .00
ALLIED INTERSTATE          UNSECURED       NOT FILED            .00           .00
AMERICAN GENERAL FINANCE   UNSECURED        2684.80             .00           .00
BRINKS HOME SECURITY       UNSECURED       NOT FILED            .00           .00
CBCS                       UNSECURED       NOT FILED            .00           .00
DEBT RECOVERY SOLUTION     UNSECURED          62.61             .00           .00
SBC AMERITECH              UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED        1110.00             .00           .00
CLERK OF THE CIRCUIT CT    UNSECURED       NOT FILED            .00           .00
COLLECTECH SYSTEMS         UNSECURED       NOT FILED            .00           .00
Z TEL COMMUNICATIONS       UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED         927.43             .00           .00
IAM CREDIT UNION           UNSECURED        4548.97             .00           .00
LA GRANGE MEMORIA          UNSECURED       NOT FILED            .00           .00
EMERGENCY HEALTHCARE PHY   UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00           .00
MCI WORLDCOM COMMUNICATI   UNSECURED       NOT FILED            .00           .00
S & S LENDING INC          UNSECURED        1773.18             .00           .00
SOUTH SUBURBAN HEATING &   UNSECURED         173.00             .00           .00
US CELLULAR                UNSECURED       NOT FILED            .00           .00
UPTOWN CASH                UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED         557.40             .00           .00
WELLS FARGO HOME MORTGAG   SECURED NOT I   12012.10             .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,153.00            .00       2,468.35

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14888 CORTNEY L JONES
```

```
TOM VAUGHN                 TRUSTEE                                   348.64
DEBTOR REFUND              REFUND                                       .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   5,566.99

PRIORITY                                                .00
SECURED                                            2,406.76
     INTEREST                                        343.24
UNSECURED                                               .00
ADMINISTRATIVE                                     2,468.35
TRUSTEE COMPENSATION                                 348.64
DEBTOR REFUND                                           .00
                          ---------------      ---------------
TOTALS                    5,566.99             5,566.99
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE